IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TOMI WHITE BRYAN, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL NO. 1:02CV00228<br>) |
| BELLSOUTH TELECOMMUNICATIONS, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

ORDER and PERMANENT INJUNCTION

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith, IT IS ORDERED that Defendant's motion for an injunction [Doc. # 59] is **GRANTED**, and IT IS ORDERED that Plaintiff and her associates, agents, servants, representatives, assigns, successors, and employees, and all other persons or entities in active concert or participation with Plaintiff are **PERMANENTLY ENJOINED** from pursuing the claims alleged in Count A of Plaintiff's First Amended Complaint and alleged in Count B of Plaintiff's Second Amended Complaint in the Superior Court of Guilford County, North Carolina, or in any other State court in North Carolina.

IT IS FURTHER ORDERED that Plaintiff's motion to dismiss [Doc. # 63] is **DENIED**.

_____
United States District Judge

May 31, 2006