```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


TOMI WHITE BRYAN,                    )
individually and on behalf           )
of all others similarly              )
situated,                            )
                                     )
            Plaintiff,               )
                                     )
      v.                             ) CIVIL NO. 1:02CV00228
                                     )
BELLSOUTH TELECOMMUNICATIONS,        )
INC.,                                )
                                     )
            Defendant.               )
```

### AMENDED ORDER and PERMANENT INJUNCTION

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith, IT IS ORDERED that Defendant's motion for an injunction [Doc. # 59] is **GRANTED**, and IT IS ORDERED that Plaintiff and her associates, agents, servants, representatives, assigns, successors, and employees, and all other persons or entities in active concert or participation with Plaintiff are **PERMANENTLY ENJOINED** from pursuing the claims alleged in Count A of Plaintiff's First Amended Complaint and the claims alleged in Plaintiff's Second Amended Complaint in the Superior Court of Guilford County, North Carolina, or in any other State court in North Carolina.

IT IS FURTHER ORDERED that Plaintiff's motion to dismiss [Doc. # 63] is **DENIED**.

/s/ Frank W. Bullock, Jr.
United States District Judge

June 19, 2006

2